Clerk's Use Only
Initial for fee pd.:

David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
713 729-4991

# FILED

## UNITED STATES DISTRICT COURT

2007 DEC 19 P 4: 08

## NORTHERN DISTRICT OF CALIFORNIA

FUZZYSHARP TECHNOLOGIES, INC.

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Plaintiff(s),

CASE NO. CV 07-05948 RS

v.

3DLABS CO., LTD.

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Defendant(s).

Pursuant to Civil L.R. 11-3, David Fink                           , an active member in good standing of the bar of New York                           , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing FUZZHSHARP TECH., INC.   in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Duncan M. McNeill, 1514 Van Dyke Avenue, San Francisco, CA 94124
415 752-5063

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2007

*David Fink*
David Fink