UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUZZYSHARP TECHNOLOGIES INC.

Plaintiff(s),

v.

3DLABS CO., LTD.

Defendant(s).

CASE NO. CV 07-05948 RS

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David Fink, an active member in good standing of the bar of New York *(particular court to which applicant is admitted)* whose business address and telephone number is

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing FUZZYSHARP TECHNOLOGIES, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/20/07

United States Magistrate Judge
Richard Seeborg

*RECEIVED 2007 DEC 19 PM 4:09 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.*

*FILED DEC 20 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*