1  David Fink (*pro hac vice*)
   7519 Apache Plume
2  Houston, TX 77071
   Tele. 713 729-4991
3  Fax.  713 729-4951
   litigation@houston.rr.com
4

5  Duncan M. McNeill
   1514 Van Dyke Avenue
6  San Francisco, CA 94124
   Tele.  415 752-5063
7  dmcneill1@netzero.com
   Fed. Bar No. 136416
8
   Attorneys for Plaintiff ,
9  FUZZYSHARP TECHNOLOGIES INCORPORATED

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN JOSE DIVISION
13

14
15 | FUZZYSHARP TECHNOLOGIES    ) | **CIVIL ACTION NO. 07-05948 RS**
   | INCORPORATED,              ) |
   |                            ) | **MOTION (AND PROPOSED ORDER)**
16 |         Plaintiff,         ) | **TO CONTINUE THE INITIAL CASE**
   |                            ) | **MANAGEMENT CONFERENCE**
17 |         v.                 ) |
   |                            ) |
18 | 3DLABS CO., LTD.           ) |
   |                            ) |
19 |         Defendant.         ) |
   |                            ) |
20 | _____ ) |

21      This is a Motion by the Plaintiff to continue the Initial Case Management

22 Conference 60 days from the present date of March 19, 2008.  This is the first request to

23 extend the date.

24      The additional time is needed because the Defendant did not accept the request for

25 a waiver of service, and a process server is presently endeavoring to serve the Defendant.

26

27              **MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
                       FuzzySharp Technologies, Inc. v.  3DLabs Co. Ltd. CV 07-05948 RS
28                                             1

1
2              Respectfully Submitted
3
4              /s/David Fink
               David Fink
5              Attorney for Plaintiff FuzzySharp Technologies
               Incorporated
6
7     The Court has considered the foregoing Motion and hereby modifies the date for
8  the Initial Case Management Conference to _____
9
10 Date: _____
11                                           Magistrate Judge Richard Seeborg
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27          **MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
            FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 RS
28                                        2