1 | David Fink (*pro hac vice*)
2 | 7519 Apache Plume
  | Houston, TX 77071
  | Tele. 713 729-4991
3 | Fax.  713 729-4951
  | litigation@houston.rr.com
4 |

*E-FILED 2/20/08*

5 | Duncan M. McNeill
  | 1514 Van Dyke Avenue
6 | San Francisco, CA 94124
  | Tele.  415 752-5063
7 | dmcneill1@netzero.com
  | Fed. Bar No. 136416
8 |
  | Attorneys for Plaintiff ,
9 | FUZZYSHARP TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | **CIVIL ACTION NO. 07-05948 RS** |
| Plaintiff, | **MOTION (AND ~~PROPOSED~~ ORDER) TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| 3DLABS CO., LTD. | |
| Defendant. | |

This is a Motion by the Plaintiff to continue the Initial Case Management Conference 60 days from the present date of March 19, 2008.  This is the first request to extend the date.

The additional time is needed because the Defendant did not accept the request for a waiver of service, and a process server is presently endeavoring to serve the Defendant.

**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
FuzzySharp Technologies, Inc. v.  3DLabs Co. Ltd. CV 07-05948 RS
1

1

2        Respectfully Submitted

3

4        /s/David Fink
         David Fink
5        Attorney for Plaintiff FuzzySharp Technologies
         Incorporated
6

7    The Court has considered the foregoing Motion and hereby modifies the date for

8    the Initial Case Management Conference to ___May 21, 2008___ The

9    parties shall make a determination regarding the issue of consent to the jurisdiction

10   of the magistrate judge and file the appropriate form no later than 5/14/08.

     Date:  2/20/08
11                                                           _____
                                                             Magistrate Judge Richard Seeborg
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27        **MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
          FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 RS
28                                        2