Mark L. Pettinari (CA Bar No. 119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:     (415) 240-4200
Facsimile:      (415) 240-4202
Email:            mlpettinari@mlplawoffices.com

*Attorneys for Defendant
3D Labs Inc., Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> 3D LABS INC., LTD., <br><br> Defendant. | Case No.:  C07-05948 RS <br><br> **STIPULATION EXTENDING TIME OF DEFENDANT TO RESPOND TO THE COMPLAINT** <br><br> The Honorable Richard Seeborg |

   IT IS HEREBY STIPULATED by Plaintiff FUZZYSHARP TECHNOLOGIES INCORPORATED and Defendant 3D LABS INC., LTD., by and through their respective counsel, pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, that 3D LABS INC., LTD. shall have up to and including April 25, 2008 in which to file and serve response to the Complaint, filed November 26, 2008.

   The parties further stipulate by that there have been no extensions of time in which to respond to the Complaint have previously been provided to 3D LABS INC., LTD. and this extension will not alter the date of any event  or deadline already fixed by the Court order.

**IT IS SO STIPULATED:**

DAVID FINK


By:    /s/ David Fink                    Dated:    March 24, 2008
       David Fink

David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX  77071
Telephone:    713-729-4991
Facsimile:    713-729-4951


<u>Local counsel</u>:

Duncan M. McNeill (CA Bar No. 136416)
1514 Van Dyke Avenue
San Francisco, CA  94124
Telephone:    (650) 470-4560
Email:        dmcneill1@netzero.com

Attorneys for Plaintiff
*FUZZYSHARP TECHNOLOGIES INCORPORATED*


LAW OFFICES OF MARK L. PETTINARI


By:    /s/ Mark L. Pettinari            Dated:    March 24, 2008
       Mark L. Pettinari

Attorneys for Defendant
*3D Labs Inc., Ltd.*

---