UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUZZYSHARP TECHNOLOGIES INCORPORATED,

    Plaintiff(s),

v.

3DLABS INC. LTD.

    Defendant(s).

No. C 07-05948 RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 16, 2008

Signature _David Fink_

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")