1 | Mark L. Pettinari (Cal. Bar No.119293)
2 | LAW OFFICES OF MARK L. PETTINARI
  | Stock Exchange Tower
3 | 155 Sansome Street, Suite 400
  | San Francisco, CA  94104
4 | Telephone:  415-240-4200
  | Facsimile:  415-240-4202
5 | Email: mlpettinari@mlplawoffices.com

6 | *Attorneys for Defendant and Counterclaimant*
7 | *3Dlabs Inc., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | ) Case No.: 07-CV-5948-SBA |
| | ) |
| | ) **CERTIFICATION OF INTERESTED** |
| Plaintiff, | ) **ENTITIES OR PERSONS** |
| | ) |
| vs. | ) |
| | ) |
| 3DLABS INC., LTD., | ) |
| | ) The Honorable Saundra Brown Armstrong |
| Defendant. | ) |
| | ) |
| 3DLABS INC., LTD., a Bermuda Corporation, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| FUZZYSHARP TECHNOLOGIES INCORPORATED, a Nevada Corporation, | ) |
| | ) |
| Counter defendant. | ) |
| | ) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

1  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
2  substantially affected by the outcome of this proceeding:
3      Creative Technology Ltd., a Singapore corporation, is the parent corporation of
4      Defendant and Counterclaimant 3Dlabs Inc., Ltd.  3Dlabs Inc., Ltd. is a wholly owned
5      subsidiary of Creative Technology Ltd.
6
7      Respectfully submitted,
8
9  Dated this 29th day of April, 2008.        By:    /s/ Mark L. Pettinari
                                                     Mark L. Pettinari
10
11  *Attorneys for Defendant and Counterclaimant 3Dlabs Inc., Ltd.*

CIVIL ACTION NO.: 07-CV-5948-SBA                                                              2
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**