Mark L. Pettinari (Cal. Bar No.119293)
LAW OFFICES OF MARK L. PETTINARI
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:  415-240-4200
Facsimile:  415-240-4202
Email: mlpettinari@mlplawoffices.com

*Attorneys for Defendant and Counterclaimant*
*3Dlabs Inc., Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>  vs.<br><br>3DLABS INC., LTD.,<br><br>    Defendant.<br>_____<br>3DLABS INC., LTD., a Bermuda Corporation,<br><br>    Counterclaimant,<br><br>  vs.<br><br>FUZZYSHARP TECHNOLOGIES INCORPORATED, a Nevada Corporation,<br><br>    Counter defendant.<br>_____ | Case No.:  07-CV-5948-SBA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br><br>The Honorable Saundra Brown Armstrong |

      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      Creative Technology Ltd., a Singapore corporation, is the parent corporation of Defendant and Counterclaimant 3Dlabs Inc., Ltd.  3Dlabs Inc., Ltd. is a wholly owned subsidiary of Creative Technology Ltd.

Respectfully submitted,

Dated this 29th day of April, 2008.    By:   /s/ Mark L. Pettinari
                                                    Mark L. Pettinari

*Attorneys for Defendant and Counterclaimant 3Dlabs Inc., Ltd.*