David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tele. 713 729-4991
Fax.  713 729-4951
litigation@houston.rr.com

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tele.  415 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for Plaintiff ,
FUZZYSHARP TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>    v.<br><br>3DLABS CO., LTD.<br><br>        Defendant. | **CIVIL ACTION NO. 07-05948 SBA**<br><br>**FUZZYSHARP TECHNOLOGIES INC. ANSWER TO THE COUNTERCLAIMS OF 3DLABS CO., LTD.** |

Counterclaim Defendant FuzzySharp Technologies Inc. ("FST"), by and through its attorney, responds to the Counterclaims of 3DLabs Co., Ltd. ("3DLabs") as follows:

    1.    FST admits the allegation of paragraph 23.

    2.    FST admits the allegation of paragraph 24.

    3.    FST admits the allegation of paragraph 25.

    4.    FST admits the allegation of paragraph 26.

| | | |
|---|---|---|
| 1 | 5. | FST admits the allegation of paragraph 27. |
| 2 | 6. | FST admits the allegation of paragraph 28. |
| 3 | 7. | FST admits the allegation of paragraph 29. |
| 4 | 8. | FST admits the allegation of paragraph 30. |
| 5 | 9. | FST admits the allegation of paragraph 31. |
| 6 | 10. | FST denies the allegation of paragraph 32. |
| 7 | 11. | FST admits the allegation of paragraph 33. |
| 8 | 12. | FST admits the allegation of paragraph 34. |
| 9 | 13. | FST admits the allegation of paragraph 35. |
| 10 | 14. | FST admits the allegation of paragraph 36. |
| 11 | 15. | FST denies the allegation of paragraph 37. |
| 12 | 16. | FST denies that 3DLabs is entitled to the relief sought in its prayer for Relief. |

Respectfully Submitted

/s/David Fink
David Fink
Attorney for Plaintiff FuzzySharp Technologies Incorporated

**FUZZYSHARP TECHNOLOGIES INC. ANSWER TO THE COUNTERCLAIMS OF 3DLABS CO., LTD.**
FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 SBA
2