| | |
|---|---|
| 1 | David Fink (*pro hac vice*) |
| 2 | 7519 Apache Plume<br>Houston, TX 77071 |
| | Tele. 713 729-4991 |
| 3 | Fax. 713 729-4951 |
| | litigation@houston.rr.com |
| 4 | |
| 5 | Duncan M. McNeill |
| | 1514 Van Dyke Avenue |
| 6 | San Francisco, CA 94124 |
| | Tele. 415 752-5063 |
| 7 | dmcneill1@netzero.com |
| | Fed. Bar No. 136416 |
| 8 | |
| | Attorneys for Plaintiff, |
| 9 | FUZZYSHARP TECHNOLOGIES INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | ) ) | **CIVIL ACTION NO. 07-05948 SBA** |
| | ) | **FUZZYSHARP TECHNOLOGIES** |
| Plaintiff, | ) ) | **INC. CERTIFICATION OF INTERESTED ENTITIES, AND** |
| v. | ) ) | **PERSONS AND DISCLOSURE STATEMENT** |
| 3DLABS CO., LTD. | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

     Pursuant to Fed. R. Civ. P. 7.1, FuzzySharp Technologies Inc. is providing the following corporate statement:

     FuzzySharp Technologies Inc. has no parent corporation.

     No publicly held corporation owns more than ten percent of the stock of FuzzySharp Technologies Inc.

**FUZZYSHARP TECHNOLOGIES INC. INITIAL DISCLOSURES**
FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 SBA
1

1    Pursuant to Civil L.R. 3-16, FuzzySharp Inc. certifies that there is no persons,
2 associations of persons, firms, partnerships, corporations, or other entities that:
3    1.    have a financial interest in the subject matter in controversy, or in a party
4         of the proceeding, or
5    2.    have a non-financial interest in the subject or in a party, that could
6         substantially affected by the outcome of this proceeding.

          Respectfully Submitted

/s/David Fink
David Fink
Attorney for Plaintiff FuzzySharp Technologies
Incorporated

May 13, 2008

**FUZZYSHARP TECHNOLOGIES INC.  INITIAL DISCLOSURES**
FuzzySharp Technologies, Inc. v.  3DLabs Co. Ltd. CV 07-05948 SBA
2