David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tele. 713 729-4991
Fax.  713 729-4951
litigationlaw@comcast.net

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tele.  415 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for Plaintiff ,
FUZZYSHARP TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> 3DLABS CO., LTD. <br><br> Defendant. | **CIVIL ACTION NO. 07-05948 SBA** <br><br> **NOTICE OF RELATED CASES** |

During the Case Management Conference call June 11, 2008, the Court raised the issue of related cases, particularly other cases filed by the Plaintiff for the same issues and the Plaintiff was ordered to provide information about related cases no later than June 25, 2008.

**NOTICE OF RELATED CASES**
FuzzySharp Technologies, Inc. v.  3DLabs Co. Ltd. CV 07-05948 SBA
1

1  In addition, the Court ordered a telephone conference for July 30, 2008 at 3:15 PM to determine if the present case will be reassigned.

The undersigned attorney wants to apologize for not filing a notice of related cases previously due to his misunderstanding of the requirement. The Judge kindly clarified this misunderstanding. It is respectfully pointed out that there was no attempt on the part of the Plaintiff or its attorney to hide or withhold information. As indicated during the Conference call, the attorney for the Defendant, Mark L. Pettinari, was already familiar with the fact that the Plaintiff had previous litigation relating to the patents in suit.

The following is a list of prior litigation by the Plaintiff for at least one of the patents in the present litigation and involving at least one of the patent claims being asserted in the present litigation:

1. Defendant: Hewlett-Packard Co.
   Case: 01-04915 MJJ
   Filed: December 14, 2001
   Dismissed by Stipulation after Mediation.
   The Court had no Hearings other than the Case Management Conference, and the Court did not make any decisions on the merits or claim construction.

2. Defendant: Silicon Graphics Inc. (SGI)
   Case: 03-04404 SBA
   Filed September 30, 2003
   Dismissed by Stipulation after Mediation.
   The Court had no Hearings other than the Case Management Conference, and the Court did not make any decisions on the merits or claim construction.

3. Defendant: I-O Devices USA, Inc.

   Case: 04-02640 MHP

   Filed: June 30, 2004

   Dismissed by Stipulation after I-O Devices changed its mind about entering the business

   The Court made no decisions other than the Dismissal.

4. Defendant: ATI Technologies, Inc.

   Case: 01318 CW

   Filed: March 31, 2005

   Dismissed by Stipulation

   The Court had no Hearings other than the Case Management Conference, and the Court did not make any decisions on the merits or claim construction.

5. Defendant: S3 Graphics Co., Ltd.

   Case: 07-02262 PJH

   Filed: April 25, 2007

   Dismissed by Stipulation after Mediation.

   The Court had no Hearings other than the Case Management Conference, and the Court did not make any decisions on the merits or claim construction.

Respectfully Submitted

/s/David Fink
David Fink
Attorney for Plaintiff FuzzySharp Technologies Incorporated

**NOTICE OF RELATED CASES**
FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 SBA
3