UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 6/11/08

C-07-05948 SBA            JUDGE: SAUNDRA BROWN ARMSTRONG

Title: **FUZZYSHARP TECHNOLOGIES INCORPORATED** vs. **3DLABS INC. LTD**

Atty.: **DAVID FINK**            **MARK PETTINARI**

Deputy Clerk: Lisa R. Clark            Court Reporter: N/R

PROCEEDINGS
Plt   DFT
( )   ( )  **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( )  2.
( )   ( )  3.
( )   ( )  4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
            ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by ( ) Plaintiff ( ) Deft ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 7/30/08 for a Telephone Case Management Conference at 3:15 p.m.

Notes: PLAINTIFF ADVISED COURT THAT THIS CASE HAD BEEN FILED IN THIS COURT PREVIOUSLY AND DISMISSED BE A JUDGE THAT HE COULD NOT REMEMBER; THIS COURT ADVISED PLAINTIFF TO RESEARCH WHO HAD THE CASE AND FILE A NOTICE OF RELATED ACTION SO THAT THE OTHER JUDGE CAN DECIDE IF THE CASES ARE RELATED OR NOT; PARTIES TO FILE JOINT CMC STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC IF THE OTHER JUDGE DECIDES THAT THIS CASE IS NOT RELATED TO THE PREVIOUSLY FILED CASE.   cc: