UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 01-4915 MJJ | Fuzzysharp Technologies, Inc. v. Hewlett-Packard Co. |
| C 07-5948 SBA | Fuzzysharp Technologies, Inc. v. 3DLabs Co., Ltd. |

ORDER

On the basis of the material submitted to the Court, I find that the cases:

[ X ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: June 30, 2008

MAXINE M. CHESNEY
United States District Judge