UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:7/30/08

C-07-05948 SBA            JUDGE: SAUNDRA BROWN ARMSTRONG

Title: FUZZYSHARP TECHNOLOGIES INCORPORATED vs. 3DLABS INC. LTD

Atty.:  DAVID FINK            MARK PETTINARI

Deputy Clerk:  Lisa R. Clark          Court Reporter:      N/R
PROCEEDINGS
Plt   DFT
( )   ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

RESULT OF CASE MANAGEMENT CONFERENCE

| Event | Parties' Proposal |
|---|---|
| Parties to exchange initial disclosures | August 13, 2008 or 14 days following the Initial Case Management Conference, whichever is later. |
| FST's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent L.R. 3-1) and Accompanying Document Production (Patent L.R. 3-2) | August 5, 2008 |
| 3Dlabs's Preliminary Invalidity Contentions (Patent L.R. 3-3) and Accompanying Document Production (Patent L.R. 3-4) | September 19, 2008 |

| Event | Parties' Proposal |
|---|---|
|  |  |
| Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | September 26, 2008 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | October 9, 2008 |
| Joint Claim Construction Statements (Patent L.R. 4-3) | November 19, 2008 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | November 28, 2008 |
| FST's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | January 2, 2009 |
| 3Dlabs's Opposing Claim Construction Brief (Patent L.R. 4-5(b)) | January 16, 2009 |
| FST's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | January 23, 2009 |
| Claim Construction Hearing and Tututorial (Patent L.R. 4-6) | February 26, 2009 @ 9:00 a.m. Case Management Conference to follow Claim Construction hearing if claims are construed at the hearing. |