# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> 3DLABS INC., LTD., <br><br> Defendant. | Case No.: 07-CV-5948-SBA <br><br> **CASE MANAGEMENT SCHEDULING ORDER** <br><br> Date: July 30, 2008 <br> Time: 3:15 p.m. <br> Courtroom: Telephone <br><br> The Honorable Saundra Brown Armstrong |
| 3DLABS INC., LTD., a Bermuda Corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> FUZZYSHARP TECHNOLOGIES INCORPORATED, a Nevada Corporation, <br><br> Counter defendant. | |

| Event | Parties' Proposal |
|---|---|
| Parties to exchange initial disclosures | August 13, 2008 or 14 days following the Initial Case Management Conference, whichever is later. |
| FST's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent L.R. 3-1) and Accompanying Document Production (Patent L.R. 3-2) | August 5, 2008 |
| 3Dlabs's Preliminary Invalidity Contentions (Patent L.R. 3-3) and Accompanying Document Production (Patent L.R. 3-4) | September 19, 2008 |

| Event | Parties' Proposal |
|---|---|
| Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | September 26, 2008 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | October 9, 2008 |
| Joint Claim Construction Statements (Patent L.R. 4-3) | November 19, 2008 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | November 28, 2008 |
| FST's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | January 2, 2009 |
| 3Dlabs's Opposing Claim Construction Brief (Patent L.R. 4-5(b)) | January 16, 2009 |
| FST's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | January 23, 2009 |
| Claim Construction Hearing (Patent L.R. 4-6) | ~~February 6, 2009 @ 9:00 A.M.~~<br>February 26, 2009 @ 9:00 a.m. |

8/11/08

_Saundra B. Armstrong_
Saundra B. Armstrong