1  David Fink (*pro hac vice*)
   Fink & Johnson
2  7519 Apache Plume
   Houston, TX 77071
3  Tel: 713 729-4991
   Fax: 713 729-4951
4  federallitigation@comcast.net

5  Duncan M. McNeill
   1514 Van Dyke avenue
6  San Francisco, CA 94124
   Tel.: 650.994.2295
7  Fax: 650.994.2297
   dmcneill1@netzero.com
8  Fed. Bar No. 136416

9  Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>3DLABS INC., LTD.<br><br>    and<br><br>SUN MICROSYSTEMS, INC.<br><br>    Defendant.<br>_____/ | Civil Action No. **07-05948 SBA**<br><br>**NOTICE OF MOTION, MOTION TO AMEND COMPLAINT, AND PROPOSED ORDER**<br><br>**Date: September 23, 2008**<br><br>**Time: 1:00 p.m.** |

NOW COMES Plaintiff, FUZZYSHARP TECHNOLOGIES INCORPORATED ("FST"), through its attorneys give Notice of a Hearing September 23, 2008 at 1:00 p.m. for this Motion to file a First Amended Complaint for Patent Infringement and Demand for Jury Trial against 3DLABS INC., LTD. ("3DLABS"), the current Defendant and SUN MICROSYSTEMS, INC. ("SUN"),the proposed added Defendant.  Exhibit A is the proposed First Amended Complaint.

3DLABS has indicated that it will oppose this Motion.

Notice of Motion and Motion to Amend Complaint
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 03-4404 SBA
Page 1

1    The purpose of the Motion is to combine two infringing companies with many common issues: The same patents, and related products. On information and belief, the SUN hardware products identified as infringing are based on technology obtained from 3DLABS. 3DLABS does not have a license so there is no issue of patent exhaustion, or endeavoring to collect twice on the same money. The following is a simplified explanation of the position of FST: 3DLABS sells certain technology to SUN and FST is entitled to collect a portion of that money as reasonable royalties. SUN incorporates the technology in its product and sells the SUN product for a profit and makes additional money on the technology from 3DLABS. FST is entitled to collect a portion of the increased money related to the SUN product as reasonable royalties. Hence, the royalties are on two different portions of the transactions, and FST is not endeavoring to collect twice on the same portion.

In addition, SUN is providing software which induces infringement and is contributory infringement. Notice of relating to this software issue was sent to SUN on April 6, 2003, and SUN neither responded to the letter, or apparently altered its infringing activities.

## APPLICABLE LAW

The Court has the power to grant leave to amend the Complaint under Fed. R. Civ. P. 15(a) even if the Defendant 3DLABS opposes the amendment. This is the first request to amend the Complaint.

Therefore, leave to file the proposed First Amended Complaint is respectfully requested.

THE PLAINTIFF
FUZZYSHARP TECHNOLOGIES
INCORPORATED

/s/
David Fink

DONE AND ORDERED THIS DAY

Date:

U.S. District Judge S. B. Armstrong

Notice of Motion and Motion to Amend Complaint
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 03-4404 SBA
Page 2

1   David Fink (*pro hac vice*)
    Fink & Johnson
2   7519 Apache Plume
    Houston, TX 77071
3   Tel: 713 729-4991
    Fax: 713 729-4951
4   federallitigation@comcast.net

5   Duncan M. McNeill
    1514 Van Dyke avenue
6   San Francisco, CA 94124
    Tel.: 650.994.2295
7   Fax: 650.994.2297
    dmcneill1@netzero.com
8   Fed. Bar No. 136416

9   Attorneys for the Plaintiff

10

11

12

13              UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  FUZZYSHARP TECHNOLOGIES
    INCORPORATED,                           Civil Action No. **07-05948 SBA**

17          Plaintiff,                      **FIRST AMENDED COMPLAINT
                                            FOR PATENT INFRINGEMENT
18          vs.                             AND DEMAND FOR JURY
                                            TRIAL**
19  3DLABS INC., LTD.

20          and

21  SUN MICROSYSTEMS, INC.

22          Defendant.
    _____/
23
         NOW COMES Plaintiff, FUZZYSHARP TECHNOLOGIES INCORPORATED
24
    ("FST"), through its attorneys, and files this First Amended Complaint for Patent Infringement
25
    and Demand for Jury Trial against 3DLABS INC., LTD. ("3DLABS"), and against SUN
26
    MICROSYSTEMS, INC. ("SUN").  In support thereof, Plaintiff FST states as follows:
27

28

First Amended Complaint for Patent Infringement and Demand for Jury Trial
FuzzySharp Technologies Incorporated  v.  3DLabs Inc., Ltd et al.
Civil Action No. 07-0598 SBA
Page 1

**JURISDICTION AND VENUE**

1. This is an action for patent infringement of United States Patent No. 6,172,679 (hereinafter "the '679 Patent"), and United States Patent No. 6,618,047 (hereinafter "the '047 Patent") pursuant to the laws of the United States of America as set forth in Title 35 Sections 271 and 281 of the United States Code.

2. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Sec. 1338(a) and 28 U.S.C. Sec. 1331.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391(d).

4. Plaintiff FST, is a corporation organized under the laws of the State of Nevada.

5. Defendant 3DLABS is a corporation having a principal office in the State of California.

6. Defendant SUN is a corporation having a principal office in the State of California at 4150 Network Circle, Santa Clara, CA 95054.

**INTRADISTRICT ASSIGNMENT**

7. This is an action for Patent Infringement, which is an excepted category under Civil L.R. 3-2(c). Pursuant to Civil L.R. 3-2(c), this action is assigned on a district-wide basis.

**CAUSES OF ACTION FOR PATENT INFRINGEMENT**

8. On January 9, 2001, the '679 Patent entitled "VISIBILITY CALCULATIONS FOR 3D COMPUTER GRAPHICS", was duly and legally issued to Hong Lip Lim, as the sole patentee.

9. The '679 Patent is assigned entirely to Plaintiff FST

10. Plaintiff FST is the sole owner of the '679 Patent, and has standing to bring this action.

11. On September 9, 2003, the '047 Patent entitled "VISIBILITY CALCULATIONS FOR 3D COMPUTER GRAPHICS", was duly and legally issued to Hong Lip Lim, as the sole patentee.

First Amended Complaint for Patent Infringement and Demand for Jury Trial
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 07-0598 SBA
Page 2

1  12.  The '047 Patent is assigned entirely to FST.

## COUNT ONE

13.  Plaintiff FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 12 above.

14.  Defendant 3DLABS is engaged in direct infringement of at least claim 1 of the '679 Patent pursuant to 35 U.S.C. § 271(a), in its use, development and testing of products in the United States, and the sale of the products in the United States. The Defendant 3DLABS's infringing products are at least as follows: Wildcat graphic products and Sun OEM Products incorporating the use of occlusion query.

## COUNT TWO

15  Plaintiff, FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 12 above.

16.  Defendant 3DLABS is engaged in direct infringement of at least claim 12 of the '047 Patent pursuant to 35 U.S.C. § 271(a), in its use, development and testing of products in the United States, and the sale of the products in the United States. The Defendant 3DLABS's infringing products are at least as follows: Wildcat graphic products and Sun OEM Products incorporating the use of occlusion query.

## COUNT THREE

17.  Plaintiff FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 12 above.

18.  Defendant SUN is engaged in direct infringement of at least claim 1 of the '679 Patent pursuant to 35 U.S.C. § 271(a), in its use, development and testing of products in the United States, and the sale of the products in the United States. The Defendant SUN's infringing products are as follows: SUN XVR-500 incorporating technology from 3DLABS, SUN XVR-600 incorporating technology from 3DLABS, SUN XVR-1200 incorporating technology from 3DLABS, and SUN XVR-2500 incorporating technology from 3DLABS.

First Amended Complaint for Patent Infringement and Demand for Jury Trial
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 07-0598 SBA
Page 3

## COUNT FOUR

19. Plaintiff, FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 12 above.

20. Defendant SUN is engaged in direct infringement of at least claim 12 of the '047 Patent pursuant to 35 U.S.C. § 271(a), in its use, development and testing of products in the United States, and the sale of the products in the United States. The Defendant SUN's infringing products are as follows: SUN XVR-500 incorporating technology from 3DLABS, SUN XVR-600 incorporating technology from 3DLABS, SUN XVR-1200 incorporating technology from 3DLABS, and SUN XVR-2500 incorporating technology from 3DLABS.

## COUNT FIVE

21. Plaintiff FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 12 above.

22. Defendant SUN is engaged in inducement of infringement of at least claim 1 of the '679 Patent pursuant to 35 U.S.C. § 271(b) by providing Sun OpenGL for Solaris Software including an extension for occlusion testing despite being warned of this activity in a letter dated April 6, 2003.

## COUNT SIX

23. Plaintiff, FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 12 above.

24. Defendant SUN is engaged in contributory infringement of at least claim 1 of the '679 Patent pursuant to 35 U.S.C. § 271(c) by providing Sun OpenGL for Solaris Software including an extension for occlusion testing despite being warned of this activity in a letter dated April 6, 2003.

First Amended Complaint for Patent Infringement and Demand for Jury Trial
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 07-0598 SBA
Page 4

**JURY DEMAND**

25. Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands a jury trial as to all issues in this lawsuit.

First Amended Complaint for Patent Infringement and Demand for Jury Trial
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 07-0598 SBA
Page 5

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Court to:

a. enter judgment for Plaintiff on this First Amended Complaint for each of the Defendants;

b. order that an accounting be had for the damages caused to the Plaintiff by the infringing activities of the respective Defendants;

c. award Plaintiff interest and costs;

d. enter a permanent injunction to enjoin the respective Defendants and those in privity with or acting in concert with each of the Defendants from further infringement of the '679 Patent and the '047 patent during the remainder of respective terms for which the patents have been granted; and

e. award Plaintiff such other and further relief as this Court may deem just and equitable.

THE PLAINTIFF
FUZZYSHARP TECHNOLOGIES
INCORPORATED

/s/
David Fink

First Amended Complaint for Patent Infringement and Demand for Jury Trial
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 07-0598 SBA
Page 6