1  David Fink (*pro hac vice*)
   Fink & Johnson
2  7519 Apache Plume
   Houston, TX 77071
3  Tel: 713 729-4991
   Fax: 713 729-4951
4  federallitigation@comcast.net

5  Duncan M. McNeill
   1514 Van Dyke avenue
6  San Francisco, CA 94124
   Tel.: 650.994.2295
7  Fax: 650.994.2297
   dmcneill1@netzero.com
8  Fed. Bar No. 136416

9  Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | Civil Action No. **07-05948 SBA** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF THE MOTION TO AMEND COMPLAINT, AND PROPOSED ORDER** |
| vs. | |
| 3DLABS INC., LTD. | **Date: September 23, 2008** |
| and | **Time: 1:00 p.m.** |
| SUN MICROSYSTEMS, INC. | |
| Defendant. | |

NOW COMES Plaintiff, FUZZYSHARP TECHNOLOGIES INCORPORATED ("FST"), through its attorneys give Notice of the Withdrawal of the requested Hearing for September 23, 2008 at 1:00 p.m.

Notice of Withdrawal of Motion to Amend Complaint
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 03-4404 SBA
Page 1

1     The date of the proposed Motion Hearing inadvertently did not provide 3DLabs Inc., Ltd.
a reasonable time for preparing an opposition.

    Leave to refile the proposed Motion is respectfully reserved.

                            THE PLAINTIFF
                            FUZZYSHARP TECHNOLOGIES
                            INCORPORATED

                            /s/ _____

                                David Fink

Notice of Withdrawal of Motion to Amend Complaint
FuzzySharp Technologies Incorporated v. 3DLabs Inc., Ltd et al.
Civil Action No. 03-4404 SBA
Page 2