**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | No. C 07-05948 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| 3DLABS INC. LTD, | |
| Defendant. | |

And related counter-suits.

    Pursuant to Civil Local Rule 72-1, this case is referred to a Magistrate Judge for all discovery matters.

    IT IS SO ORDERED.

September 4, 2008

                                                 Saundra Brown Armstrong
                                                 United States District Judge