David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tele. 713 729-4991
Fax. 713 729-4951
litigation@houston.rr.com

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tele. 415 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for Plaintiff ,
FUZZYSHARP TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> 3DLABS CO., LTD. <br><br> Defendant. | **CIVIL ACTION NO. 07-05948 SBA** <br><br> **MOTION ORDER TO MODIFY THE CASE MANAGEMENT SCHEDULING ORDER** |

This is an unopposed Motion by the Plaintiff FuzzySharp Technologies, Inc. (FST") to modify the Case Management Scheduling Order of August 18, 2008.

The reason for this request is that the hurricane Ike which hit Houston caused an interruption of electrical and water services through much of Houston and particularly in the area of the undersigned attorney's home and office. The area of Houston in which my home and office are located was about the last area to have electricity restored.

**MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULING ORDER**
FuzzySharp Technologies, Inc. v.  3DLabs Co. Ltd. CV 07-05948 RS
1

During the hurricane and for many weeks after the hurricane we had the additional problems of having to boil water before drinking it and very limited supplies of food, bottled water, and even gasoline.

In addition, the undersigned attorney became serious sick after the electricity was restored. The cause of the sickness is not known but it might have resulted from tainted water, or tainted food, despite careful steps in accordance with public announcements.

A Declaration in support of this Motion is attached.

During this extended period of personal hardship, I am pleased to report that both the Defendant 3DLabs Inc., Ltd. and its attorney, Mark L. Pettinari were outstanding in their professional conduct and patience. Despite the potential issues between parties and attorneys during litigation, the Defendant and Mr. Pettinari are role models for positive conduct during litigation.

The following chart shows the requested changes:

| **EVENT** | **DATES** |
| --- | --- |
| Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1(a)) | Change to 11/26/08 from 9/26/08 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Pat. L.R. 4-2) | Change to 12/12/08 from 10/09/08 |
| Joint Claim Construction Statements (Pat. L.R. 4-3) | Change to 01/16/09 from 11/19/08 |
| Completion of Claim Construction Discovery (Pat. L.R. 4-4) | Change to 01/30/09 from 11/28/08 |
| FST's Opening Claim Construction Brief (Pat. L.R. 4-5(a)) | Change to 03/06/09 from 01/02/09 |
| 3DLabs' Opposing Claim Construction Brief (Pat. L.R.l 4-5(b)) | Change to 03/20/09 from 01/16/09 |
| FST's Reply Claim Construction Brief (Pat. L.R. 4-5(c)) | Change to 03/27/09 from 01/23/09 |

**MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULING ORDER**
FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 RS
2

1  Claim Construction Hearing (Pat. L.R. 4-6) ................................   Change to **04/23/09**,
                                                                              9:00 a.m., for 3.0 hours,
2                                                                             from 02/26/09,
                                                                              9:00 a.m., for 3.0 hours.
3

4

5      It is respectfully pointed out that the proposed change for the Claim Construction

6  Hearing avoids a conflict with the undersigned observance of a Jewish Holiday.

7                           Respectfully Submitted

8

9                           /s/David Fink
                            David Fink
10                          Attorney for Plaintiff FuzzySharp Technologies
                            Incorporated
11

12      The Court has considered the foregoing Motion and hereby modifies the date of
    the Case Management Scheduling Order as proposed above.
13

14
    Date:   11/6/08                           _Saundra B Armstrong_____
15                                            DISTRICT JUDGE S.B. ARMSTRONG

16

17

18

19

20

21

22

23

24

25

26

27           **MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULING ORDER**
                 FuzzySharp Technologies, Inc. v. 3DLabs Co. Ltd. CV 07-05948 RS
28                                              3