1  David Fink (*pro hac vice*)
   FINK & JOHNSON
2  7519 Apache Plume
   Houston, TX  77071
3  Telephone:  713-729-4991
4  Facsimile:  713-729-4951
   Email:  federallitigation@comcast.net
5
   Duncan M. McNeill (Cal. Bar No. 136416)
6  1514 Van Dyke Avenue
   San Francisco, CA  94124
7  Telephone:  415-752-5063
8  Email:  dmcneill@netzero.net

9  *Attorneys for Plaintiff and Counter-defendant*
   *FuzzySharp Technologies, Incorporated*
10

11 Mark L. Pettinari (Cal. Bar No. 119293)
   LAW OFFICES OF MARK L. PETTINARI
12 Stock Exchange Tower
   155 Sansome Street, Suite 400
13 San Francisco, CA  94104
   Telephone:  415-240-4200
14 Facsimile:  415-240-4202
15 Email: mlpettinari@mlplawoffices.com

16 *Attorneys for Defendant and Counterclaimant*
   *3Dlabs Inc., Ltd.*
17

18            **IN THE UNITED STATES DISTRICT COURT**

19           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20 | FUZZYSHARP TECHNOLOGIES | ) Case No.:  07-CV-5948-SBA |
21 | INCORPORATED, | ) |
   |  | ) **STIPULATION AND ORDER** |
22 |         Plaintiff, | ) **EXTENDING TIME FOR FILING JOINT** |
   |  | ) **CLAIM CONSTRUCTION STATEMENT** |
23 |     vs. | ) |
   |  | ) |
24 | 3DLABS INC., LTD., | ) |
25 |  | ) |
   |         Defendant. | ) |
26 |  | ) |

27

CIVIL ACTION NO.: 07-CV-5948-SBA                                              1
**STIPULATION AND ORDER EXTENDING TIME FOR FILING JOINT**
**CLAIM CONSTRUCTION STATEMENT**

| | |
|---|---|
| 3DLABS INC., LTD., a Bermuda Corporation, | ) ) ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| FUZZYSHARP TECHNOLOGIES INCORPORATED, a Nevada Corporation, | ) ) ) |
| Counter defendant. | ) ) ) |

Plaintiff and Counter defendant FUZZYSHARP TECHNOLOGIES INCORPORATED ("FST") and Defendant and Counterclaimant 3DLABS INC., LTD. ("3Dlabs"), by and through their respective counsel of record, do hereby stipulate as follows:

WHEREAS, the deadline for filing a Joint Claim Construction Statement with the Court is January 16, 2009;

WHEREAS, on November 26, 2008, the parties timely exchanged patent claim terms which they each believe require interpretation in this case;

WHEREAS, the proposed construction of claim terms identified by the parties was to be exchanged on Friday, December 12, 2008, but was extended by agreement of counsel to Monday, December 15, 2008;

WHEREAS, on December 15, 2008, 3Dlabs provided FST with its proposed construction of claim terms;

WHEREAS, on January 5, 2009, FST provided 3Dlabs with its proposed construction of claim terms identified by 3Dlabs;

WHEREAS, on January 9, 2009, counsel for the parties conferred via telephone regarding the differing constructions of terms;

WHEREAS, lead counsel for FST, David Fink, has been traveling on personal family matters for the past month and has recently taken ill;

1  WHEREAS, on January 15, 2009, 3Dlabs received a revised set of proposed constructions of claim terms from counsel for FST;

WHEREAS, based on the revised proposed constructions received from counsel for FST on January 15, 2009, the parties are in agreement for the construction of several claim terms and are close to agreement on the construction of other claim terms.  However, counsel for 3Dlabs needs additional time to review the proposed constructions received from FST, to confer with his client, and to determine which remaining terms the parties can agree and which remaining terms will be disputed;

WHEREAS, the parties agree that the time for filing the Joint Claim Construction Statement should be extended to February 13, 2009, to enable further review and discussion about the construction of claim terms not yet agreed upon;

WHEREAS, the intervening Claim Construction discovery deadline of January 30, 2009, need not be changed as neither party will be taking any discovery for the purposes of claim construction.  In addition, the proposed extension to February 13, 2009, will not affect the remaining deadlines for claim construction briefing and the hearing as set forth in the Court's Order Modifying the Case Management Scheduling Order (Document No. ;

NOW THEREFORE, the deadline for filing a Joint Claim Construction Statement shall be extended to February 13, 2009.  Accordingly,

**IT IS SO STIPULATED:**

Dated this 16th day of January, 2009.　　　　By:　/s/David Fink
　　　　　　　　　　　　　　　　　　　　　　　　　David Fink

*Attorneys for Plaintiff and Counter defendant FuzzySharp Technologies Incorporated*

Dated this 16th day of January, 2009.　　　　By:　/s/ Mark L. Pettinari
　　　　　　　　　　　　　　　　　　　　　　　　　Mark L. Pettinari

*Attorneys for Defendant and Counterclaimant 3Dlabs Inc., Ltd.*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 1/22/09

3 _____
Saundra B. Armstrong
4 Saundra Brown Armstrong
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27