David Fink (*pro hac vice*)
litigationlaw@comcast.net
FINK & JOHNSON
7519 Apache Plume
Houston, TX 77071
Telephone: (713) 729-4991
Facsimile: (713) 729-4951

Duncan M. McNeill (Cal. Bar No. 136416)
dmcneill@netzero.net
1514 Van Dyke Avenue
San Francisco, CA 94124
Telephone: (415) 752-5063

*Attorneys for Plaintiff and Counter-Defendant*
*FuzzySharp Technologies Incorporated*

Jonathan D. Baker (CSB No.: 196062)
jonathan.baker@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

*Attorneys for Defendant and Counterclaimant*
*3DLabs Inc., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>3DLABS INC., LTD.,<br><br>Defendant. | Case No. C07-CV-5948-SBA-JL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED MATERIALS OR INFORMATION**<br><br>Honorable Magistrate Judge James Larson |
| 3DLABS INC., LTD.,<br><br>Counterclaimant,<br><br>v.<br><br>FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Counter-Defendant. | |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

; CASE NO.: C07-CV-5948-SBA-JL                                             13577261

In order to ensure that neither party waives any privilege through the inadvertent production of privileged materials or information, and pursuant to Rule 502 of the Federal Rules of Evidence, Plaintiff and Counter-Defendant FuzzySharp Technologies Incorporated, and Defendant and Counterclaimant 3DLabs Inc., Ltd., by and through their respective counsel of record, hereby stipulate as follows:

1. Inadvertent production or disclosure of documents or information subject to the attorney-client privilege, work product immunity, or any other applicable privilege shall not constitute a waiver of, nor a prejudice to, any claim that such or related material is privileged or protected by the work product immunity or any other applicable privilege, provided that the producing party notifies the receiving party in writing promptly after discovery of such inadvertent production.

2. Such inadvertently produced documents or information, including all copies thereof, shall be returned to the producing party or destroyed immediately upon request.

3. No use shall be made of such documents or information during deposition or at trial, nor shall such documents or information be shown to anyone who has not already been given access to them subsequent to the request that they be returned.

4. In the case of an inadvertently produced document, the producing party shall then provide a privilege log identifying such inadvertently produced document.

5. The receiving party may move the Court for an Order compelling production of any inadvertently produced document or information, but the motion shall not assert as a ground for production the fact or circumstances of the inadvertent productions or raise any other issue concerning such inadvertent production that is inconsistent with Rule 502 of the Federal Rules of Evidence, nor shall the motion disclose or otherwise use the content of the inadvertently produced

/ / /
/ / /
/ / /
/ / /
/ / /

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER REGARDING
INADVERTENTLY PRODUCED PRIVILEGED MATERIALS OR
INFORMATION; CASE NO.: C07-CV-5948-SBA-JL

1

13577261

1 document or information (beyond any information appearing on the above-referenced privilege
2 log) in any way in connection with any such motion.
3     **IT IS SO STIPULATED:**

4 Dated: August 13, 2009      By: /s/ David Fink
    David Fink

*Attorneys for Plaintiff and Counter-Defendant FuzzySharp Technologies Incorporated*

Dated: August 13, 2009      By: /s/ Jonathan D. Baker
    Jonathan D. Baker

*Attorneys for Defendant and Counterclaimant 3DLabs Inc., Ltd.*

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED MATERIALS OR INFORMATION; CASE NO.: C07-CV-5948-SBA-JL

2

13577261

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jonathan D. Baker, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 13, 2009 at Mountain View, California.

By: /s/ Jonathan D. Baker
Jonathan D. Baker

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Dated: August 17, 2009

*James Larson*
**The Honorable James Larson**
United States ~~District~~ Magistrate Judge
Dechert LLP
Attorneys At Law
Silicon Valley

Stipulation and [Proposed] Order Regarding Inadvertently Produced Privileged Materials or Information; Case No.: C07-CV-5948-SBA-JL

3

13577261