David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tele. 713 729-4991
Fax. 713 729-4951
litigationlaw@comcast.net

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tele. 415 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for Plaintiff,
FUZZYSHARP TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>3DLABS CO., LTD.<br><br>Defendant. | **CIVIL ACTION NO. 07-05948 SBA**<br><br>**Motion for a One Day Extension of Time to file an Opposition to 3DLabs Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101** |

Due to an inadvertent oversight, the Opposition Brief for the Motion by 3DLabs for Summary Judgment was not filed yesterday even though it had been prepared previously.

David Saunders, attorney for 3DLabs, telephoned me today to ask if I had filed the Opposition because he could not find it. At that time, I asked Mr. Saunders if 3DLabs

1  would agree to the one day extension, but he said he had to check with his client.  He did,
2  however, inform me that 3DLabs reserves the right to challenge the filing of the
3  Opposition as being late, by one day.
4      The Court is respectfully requested to allow the filing of the Opposition one day
5  late.  This is the first request for additional time.

                               Respectfully Submitted

                               /s/David Fink
                               David Fink
                               Attorney for Plaintiff FuzzySharp
                               Technologies Incorporated

    The Court has considered the foregoing and hereby grants One Day Extension of Time to file an Opposition to 3DLabs Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101.

**SO ORDERED**

11/16/09

                               District Judge S. B. Armstrong