UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>    vs.<br><br>3D LABS INC., LTD.,<br><br>        Defendant. | Case No:  C 07-5948 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order granting Defendant's Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101 for Non-Patentable Subject Matter,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant 3D Labs Inc., Ltd.

IT IS SO ORDERED.

Dated: December 11, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge