JONATHAN D. BAKER
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
jonathan.baker@skadden.com

Attorneys for Defendant
ZIILABS INC., LTD.
f/k/a 3D LABS INC. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>                   Plaintiff,<br><br>     v.<br><br>3D LABS INC. LTD.,<br><br>                   Defendant. | Case No. 4:07-cv-05948-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION** |

1     WHEREAS the defendant formerly known as 3D LABS INC. LTD. has changed its name to ZIILABS INC., LTD.;

    Plaintiff FUZZYSHARP TECHNOLOGIES INCORPORATED, and Defendant ZIILABS INC., LTD. f/k/a 3D LABS INC. LTD, by their respective counsel of record, hereby stipulate to and request that the Court amend the caption to change the name of Defendant 3D LABS INC., LTD. to ZIILABS INC., LTD.

Respectfully submitted,

Dated: March 9, 2012

                FINK & JOHNSON

                By:   /s/    *David Fink*
                         David Fink
                         Fink & Johnson
                         7519 Apache Plume
                         Houston, TX 77071
                         713-729-4991

                         Attorneys for Plaintiff
                         FUZZYSHARP TECHNOLOGIES INCORPORATED

                SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM, LLP

                By:   /s/    *Jonathan D. Baker*
                         JONATHAN D. BAKER

                         Attorneys for Defendant
                         ZIILABS INC., LTD.
                         f/k/a 3D LABS INC. LTD.

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
Pursuant to General Order no. 45, Section X(B), Jonathan D. Baker hereby attests that concurrence in the filing of this document has been obtained.

/s/    *Jonathan D. Baker*

1  PURSUANT TO THE FOREGOING STIPULATION
   IT IS SO ORDERED:
2
3  Dated: ___MARCH 13_____, 2012
4
5  ___*Saundra B. Armstrong*___
6  HON. SAUNDRA BROWN ARMSTRONG
   UNITED STATED DISTRICT JUDGE
7  NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND [PROPOSED] ORDER                    CASE NO.: 4:07-cv-05948-SBA
TO AMEND CAPTION