David Fink (*pro hac vice*)
FINK & JOHNSON
7519 Apache Plume
Houston, TX  77071
Telephone:  713-729-4991
Facsimile:  713-729-4951
Email:  texascowboy6@gmail.com

Duncan M. McNeill (Cal. Bar No. 136416)
1514 Van Dyke Avenue
San Francisco, CA  94124
Telephone:  415-752-5063
Email:  dmcneill@netzero.net

*Attorneys for Plaintiff and Counter
defendant
FuzzySharp Technologies, Incorporated*

Jonathan D. Baker (CA No. 196062)
FARNEY DANIELS LLP
800 South Austin Ave.,  Suite 200
Georgetown, TX  78626
Telephone:  512-582-2840
Facsimile:  512-582-2829
jbaker@farneydaniels.com

Michael D. Saunders (CA No. 259692)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570
michael.saunders@skadden.com

*Attorneys for Defendant
ZIILABS INC., LTD.
f/k/a 3D LABS INC. LTD.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>ZIILABS INC., LTD.,<br><br>Defendant. | Case No.:  07-CV-5948-SBA<br><br>**STIPULATED CONDITIONAL DISMISSAL AS TO ZIILABS INC., LTD. AND PROPOSED ORDER** |

001     Plaintiff FuzzySharp Technologies Inc. (FST) and Defendant ZiiLabs Inc., Ltd.

(ZiiLabs), through their respective attorneys, hereby file this Stipulated Conditional Dismissal as

to ZiiLabs.

002     The parties, in good faith, agree and believe that an agreement in principle has been

reached, and will be put into written form within thirty (30) days.

STIPULATED CONDITIONAL DISMISSAL AS TO ZIILABS INC., LTD. AND PROPOSED ORDER

003     Therefore, in an effort to minimize judicial resources and to minimize the expenses and costs to the aforementioned parties, it is hereby stipulated that:

004     1.      This action as to ZiiLabs be conditionally dismissed without prejudice for thirty (30) days from the Order signed by the Court, and FST and ZiiLabs, respectively, will bear its own fees and costs.

005     2.      During the aforementioned thirty (30) day period, either FST and ZiiLabs, may request the Court to reopen the case as to FST and ZiiLabs.

006     3.      If, after the expiration of the aforementioned thirty (30) day period, neither  FST or ZiiLabs, has submitted a request to reopen to the Court, then it is hereby further stipulated that this case be dismissed with prejudice, and FST and ZiiLabs, will each bear its own fees and costs.

007     For the foregoing reasons, FST and ZiiLabs, request the Court to accept this Stipulation and proposed Order submitted herewith.

Date:  May 8, 2012                                  Respectfully submitted,

                                                    FINK & JOHNSON

                                                    /s/ David Fink
                                                    David Fink

                                                    Attorney for Plaintiff
                                                    FuzzySharp Technologies Inc.


                            SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM, LLP

                            By:     /s/     Michael D. Saunders
                                    MICHAEL D. SAUNDERS

                                    Attorney for Defendant
                                    ZIILABS INC., LTD.
                                    f/k/a 3D LABS INC. LTD.

David Fink (*pro hac vice*)
FINK & JOHNSON
7519 Apache Plume
Houston, TX  77071
Telephone:  713-729-4991
Facsimile:  713-729-4951
Email:  texascowboy6@gmail.com

Duncan M. McNeill (Cal. Bar No. 136416)
1514 Van Dyke Avenue
San Francisco, CA  94124
Telephone:  415-752-5063
Email:  dmcneill@netzero.net

*Attorneys for Plaintiff and Counter
defendant
FuzzySharp Technologies, Incorporated*

Jonathan D. Baker (CA No. 196062)
FARNEY DANIELS LLP
800 South Austin Ave.,  Suite 200
Georgetown, TX  78626
Telephone:  512-582-2840
Facsimile:   512-582-2829
jbaker@farneydaniels.com

Michael D. Saunders (CA No. 259692)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
michael.saunders@skadden.com

*Attorneys for Defendant
ZIILABS INC., LTD.
f/k/a 3D LABS INC. LTD.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>   vs.<br><br>ZIILABS INC., LTD.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  07-CV-5948-SBA<br><br>**ORDER FOR<br>STIPULATED CONDITIONAL<br>DISMISSAL AS TO ZIILABS INC., LTD.** |

001     The Court has considered the Stipulated Conditional Dismissal as to ZiiLabs Inc., Ltd.

(ZiiLabs) submitted by FuzzySharp Technologies Inc. (FST) and Orders the following:

002     1.        This action as to ZiiLabs is conditionally dismissed without prejudice for thirty

(30) days from the date of this Order, and FST and ZiiLabs will each bear its own fees and costs.

STIPULATED CONDITIONAL DISMISSAL AS TO ZIILABS INC., LTD. AND PROPOSED ORDER
CASE NO.: 4:07-cv-05948-SBA

003   2.        During the aforementioned thirty (30) day period, either FST or ZiiLabs may request the Court to reopen the case as to FST and ZiiLabs.

004   3.        After the expiration of the aforementioned thirty (30) day period, if neither FST or ZiiLabs has submitted a request to reopen to the Court, then this case shall be dismissed with prejudice, and FST and ZiiLabs will each bear its own fees and costs.


IT IS SO ORDERED:

Date:5/10/12

_____
Saundra B. Armstrong
U.S. District Judge

2

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order no. 45, Section X(B), David Fink hereby attests that concurrence in the filing of this document has been obtained.

Date:  May 8, 2012

/S/ David Fink
David Fink

STIPULATED CONDITIONAL DISMISSAL AS TO ZIILABS INC., LTD. AND PROPOSED ORDER
CASE NO.: 4:07-cv-05948-SBA