Jonathan D. Baker (CA No. 196062)
FARNEY DANIELS LLP
800 South Austin Ave., Suite 200
Georgetown, TX  78626
Telephone:  512-582-2840
Facsimile:   512-582-2829
jbaker@farneydaniels.com

Michael D. Saunders (CA No. 259692)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
michael.saunders@skadden.com

*Attorneys for Defendant*
*ZIILABS INC., LTD.*
*f/k/a 3D LABS INC. LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>    v.<br><br>3D LABS INC. LTD.,<br><br>        Defendant. | Case No. 4:07-cv-05948-SBA<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO RE-OPEN CASE PENDING FINAL SETTLEMENT AGREEMENT** |

1

SECOND STIPULATION AND [PROPOSED] ORDER                                            CASE NO.: 4:07-cv-05948-SBA
TO EXTEND DEADLINE TO RE-OPEN CASE PENDING FINAL SETTLEMENT AGREEMENT

1   WHEREAS, on May 8, 2012, the parties filed a Stipulated Conditional Dismissal and
2 Proposed Order, reflecting that "that an agreement in principle has been reached, and will be put
3 into written form within thirty (30) days" (Dkt. No. 118);
4   WHEREAS, on May 10, 2012, pursuant to a stipulation of the parties, this Court entered an
5 order conditionally dismissing this action (Dkt. No. 119);
6   WHEREAS said order further provided that, within 30 days of the date of that order, "either
7 FST or ZiiLabs may request the Court to reopen the case as to FST and ZiiLabs" and that "[a]fter
8 the expiration of the aforementioned thirty (30) day period, if neither FST or ZiiLabs has submitted
9 a request to reopen to the Court, then this case shall be dismissed with Prejudice";
10   WHEREAS on June 11, 2012, the parties filed a first stipulation to extend the deadline to
11 reopen the case by thirty (30) days;
12   WHEREAS counsel for the respective parties have diligently worked towards putting
13 together a final written settlement agreement, but have been unable to finalize such final written
14 settlement agreement as of this time;
15   WHEREAS counsel for the parties believe that they will be able to finalize such final
16 written settlement agreement with an additional thirty (30) days;
17   Plaintiff FUZZYSHARP TECHNOLOGIES INCORPORATED, and Defendant ZIILABS
18 INC., LTD. f/k/a 3D LABS INC. LTD, by their respective counsel of record, hereby stipulate to
19 and request that the Court extend the period to reopen the case by an additional thirty (30) days.

1 Respectfully submitted,

2 Dated: July 11, 2012

3                                        FINK & JOHNSON

4

5                               By:    /s/      *David Fink*
                                       David Fink
6                                      Fink & Johnson
                                       7519 Apache Plume
7                                      Houston, TX 77071
                                       713-729-4991
8

9                                      Attorneys for Plaintiff
                                       FUZZYSHARP TECHNOLOGIES
10                                     INCORPORATED

11
                                       SKADDEN, ARPS, SLATE, MEAGHER
12                                        & FLOM, LLP

13
                                By:    /s/      *Michael D. Saunders*
14                                     MICHAEL D. SAUNDERS

15                                     Attorneys for Defendant
                                       ZIILABS INC., LTD.
16                                     f/k/a 3D LABS INC. LTD.

17 **FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
18 Pursuant to General Order no. 45, Section X(B), Michael D. Saunders hereby attests that concurrence in the filing of this document has been obtained.

19 /s/      *Michael D. Saunders*
20

21

22 PURSUANT TO THE FOREGOING STIPULATION
   IT IS SO ORDERED:
23
   Dated: _7/12/12
24

25

26 _____
   HON. SAUNDRA BROWN ARMSTRONG
27 UNITED STATED DISTRICT JUDGE
   NORTHERN DISTRICT OF CALIFORNIA
28

3
SECOND STIPULATION AND [PROPOSED] ORDER                          CASE NO.: 4:07-cv-05948-SBA
TO EXTEND DEADLINE TO RE-OPEN CASE PENDING FINAL SETTLEMENT AGREEMENT